**Order filed, September 16, 2022.**



In The

**Fourteenth Court of Appeals**

_____

NO. 14-22-00413-CR
NO. 14-22-00414-CR
NO. 14-22-00415-CR

_____

**JACOB DAVIDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 337th District Court
Harris County, Texas
Trial Court Cause Nos. 1731986, 1731987, 1731988

**ORDER**

The reporter's record in this case was due **July 18, 2022**. *See* Tex. R. App. P. 35.1. On August 15, 2022, this court granted the court reporter's second request for extension of time to file the record until September 15, 2022. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the previous request, we issue the following order.

We order **Jill Bartek**, the court reporter, to file the record in this appeal **within 30 days of the date of this order, with no further extensions.**

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.